618

No. 361.   SEIFER FURNITURE CO. *v.* SURPRISE, TRUSTEE IN BANKRUPTCY.   October 14, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. Edward Rothbart* for petitioner.   No appearance for respondent.

No. 364.   WAGGAMAN *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.   October 14, 1935.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Messrs. Daniel Thew Wright* and *Meredith M. Daubin* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 365.   BROWN *v.* GESELLSCHAFT FUR DRAHTLOSE TELEGRAPHIE, M. B. H.   October 14, 1935.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Messrs. Stanton C. Peelle, Paul E. Lesh,* and *Dale D. Drain* for petitioner. *Messrs. G. Thomas Dunlop, George Whitefield Betts, Jr.,* and *Frank J. Hogan* for respondent.

No. 366.   INTERNATIONAL VISIBLE SYSTEMS CORP. *v.* REMINGTON RAND, INC.   October 14, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Walter F. Murray* for petitioner.   *Mr. Harrison M. Brooks* for respondent.

No. 369.   WICHITA FALLS & SOUTHERN R. CO. ET AL. *v.* HOLBROOK.   October 14, 1935.   Petition for writ of cer-